# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Hafeez Saheed
_____

Write the full name of each plaintiff.

-against-

NYPD, Seg. Roch
John DOE, John, DOE
_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☒ Yes    ☐ No


RECEIVED SEP 17 2024 PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Constitution U·S·C  4g
Supervisory Liably   42 U.S.C. 1983
Failure to Intervene   42 U.S.S 1983
Excessive force.

### B.  If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Hafeez Saheed__ (Plaintiff's name), is a citizen of the State of

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __NYPD,__ is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __New York__, is incorporated under the laws of

the State of __New York__

and has its principal place of business in the State of __NYPD__

or is incorporated under the laws of (foreign state) __NYPD__

and has its principal place of business in __NY__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Hafeez__             __Saheed__
First Name    Middle Initial    Last Name

__973 East ?? Street__
Street Address

__Bronx__                __NY__        __10469__
County, City            State        Zip Code

__347 376 5233__
Telephone Number            Email Address (if available)

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Seg. Roch.
First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City     State     Zip Code

Defendant 2:
First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City     State     Zip Code

Defendant 3:
First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City     State     Zip Code

Defendant 4: _____
             First Name        Last Name

             _____
             Current Job Title (or other identifying information)

             _____
             Current Work Address (or other address where defendant may be served)

             _____
             County, City         State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Bronx

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On said Date I and a friend went for Lunch upon Return we walked into Police activities that spilled unto the side walk doors away from our Resturant. An officer was trying to arrest a man by the Car, I observed and told in Loud voice "Officer please Avoid that Car he refused by slamming the prep unto the Car there by causing dent on the rear quarter panel of the 2023 GLC mercedes. Out of No where the officers ordered Us all out of the side walk and pushing us unto the street @ 215 and white plains

Page 5

This caused the officer to attack me on my neck and body just because I told them to avoid my friends car. When this happened I asked the officer why reach for my neck what did I do 2 others came and pushed me very roughly in Rude manner. I requested their badge number they Refused so I identified the Segeant and I approached and also Rept to IAB.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Neck Bruise
Neck pain
Trauma
Physiological Drama

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Compensation

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 09/17/2024

Plaintiff's Signature: [signed]

First Name: Hafeez
Middle Initial:
Last Name: Saheed

Street Address: 973 E 221 Street

County, City: Bronx
State: NY
Zip Code: 10469

Telephone Number:

Email Address (if available):

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

 

# CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

ERIC L. ADAMS
MAYOR

ARVA RICE
INTERIM CHAIR

July 31, 2024

Hafeez Saheed
973 East 221st Street PH
Bronx, NY 10469

CCRB Case Number: 202304129
CCRB Squad Manager: Benjamin Shelton - *BShelton@ccrb.nyc.gov*

Dear Hafeez Saheed:

The Civilian Complaint Review Board has concluded its thorough investigation of the incident you were involved in. The staff of the CCRB recognizes the meaningful contribution you made by telling your story so this investigation could move forward. After reviewing all of the evidence gathered throughout the investigation, which includes your testimony, the Board of the CCRB has come to the findings (see below) of the allegations regarding this incident. There is an enclosed form that lists what each of the potential outcomes of an investigation is, and explains what each outcome means.

Allegation(s) by letter:                                                                 Board Finding(s):

A)   Force:                                                                              Unfounded
     Sergeant Howard Roth hit an individual
     against a vehicle.

B)   Abuse of Authority:                                                                 Within NYPD Guidelines
     Sergeant Howard Roth damaged an
     individual's property.

C)   Discourtesy:                                                                        Unfounded
     Police Officer Anthony Ferrer spoke
     discourteously to Hafeez Saheed.

D)   Force:                                                                              Within NYPD Guidelines
     Police Officer Anthony Ferrer used physical
     force against Hafeez Saheed.

E)   Force:                                                                              Unfounded
     Police Officer Anthony Ferrer used physical
     force against an individual.

F)   Abuse of Authority:                                                                 Unfounded
     Officers refused to provide their shield
     numbers to Hafeez Saheed.

Where new evidence or a previously unavailable or uncooperative witness becomes available within eighteen months of the incident, the Board may reopen the case if such new evidence may reasonably lead to a different finding. To request that the Board reopen a closed case, please detail the new evidence

CCRB CTS - Confidential