USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAFEEZ SHAHEED,

                              Plaintiff,

          -against-

NYPD; SEQ ROCH; JOHN DOE; JOHN DOE,

                              Defendants.

24-CV-7079 (VEC)

VALENTIN ORDER

VALERIE CAPRONI, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights during an incident allegedly occurring at 215th Street and White Plains Road in the Bronx on an unspecified date. By order dated September 23, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## STANDARD OF REVIEW

The Court must dismiss an IFP complaint, or portion thereof, that is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). The Court must also dismiss a complaint when the Court lacks subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). Although the law mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted, emphasis in original).

## DISCUSSION

**A.    The City Of New York Must be Substituted for the New York City Police Department and the Identities of the NYPD Officers Must be Amended in the Complaint**

Plaintiff's claims against the New York City Police Department ("NYPD") must be dismissed because an agency of the City of New York, like the NYPD, is not an entity that can be sued. N.Y. City Charter ch. 17, § 396 ("[A]ll actions and proceedings for the recovery of penalties for the violation of any law shall be brought in the name of the city of New York and not in that of any agency, except where otherwise provided by law."); *Jenkins v. City of New York*, 478 F.3d 76, 93 n.19 (2d Cir. 2007); *see also Emerson v. City of New York*, 740 F. Supp. 2d 385, 396 (S.D.N.Y. 2010) ("[A] plaintiff is generally prohibited from suing a municipal agency."). In light of Plaintiff's *pro se* status and clear intention to assert claims against the City of New York, the Court directs the Clerk of Court to add the City of New York as a defendant under Fed. R. Civ. P. 21. This amendment is without prejudice to any defenses the City of New York may wish to assert.

Attached to the complaint is part of a letter, dated July 31, 2024, from the Civilian Complaint Review Board ("CCRB"), which: (1) identified the NYPD personnel involved in this incident as Sergeant Howard Roth and Police Officer Anthony Ferrer; and (2) determined that Plaintiff's allegations about the use of excessive force, "discourtesy," and "abuse of authority" were "unfounded." Compl. at 8, Dkt. 1. In light of Plaintiff's *pro se* status and clear intention to assert claims against Sergeant Howard Roth and Police Officer Anthony Ferrer, the Court directs the Clerk of Court to amend the caption of this action to replace Defendant "Seg. Roch" and one of the unidentified "John Doe" defendants with Sergeant Howard Roth and Police Officer Anthony Ferrer. *See* Fed. R. Civ. P. 21. This amendment is without prejudice to any defenses Roth and Ferrer may wish to assert.

2

**B.    Plaintiff requires Additional Information from Defendants for Service**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). The complaint supplies sufficient information to permit the NYPD to: (1) identify the third unidentified "John Doe" police officer defendant allegedly involved in the events underlying this complaint; and (2) provide the badge numbers and service addresses for that individual, Sergeant Howard Roth, and Police Officer Anthony Ferrer.

It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD, must ascertain the identity and badge number of each "John Doe" whom Plaintiff seeks to sue here and the address where the defendant, Roth, and Ferrer may be served. The New York City Law Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified individual as a defendant. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and issue an order directing the Clerk of Court to complete the appropriate forms with the service addresses for Roth, Ferrer, and the newly identified other defendant and deliver all documents necessary to effect service on them to the U.S. Marshals Service.

## CONCLUSION

The Court dismisses Plaintiff's claims against the New York City Police Department ("NYPD"). *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The Court directs the Clerk of Court to add the City of New York as a defendant under Fed. R. Civ. P. 21. This amendment is without prejudice to any defenses the City of New York may wish to assert.

3

The Court directs the Clerk of Court to amend the caption of this action to replace "Seg. Roch" and one of the "John Doe" defendants with Sergeant Howard Roth and Police Officer Anthony Ferrer. *See* Fed. R. Civ. P. 21.  This amendment is without prejudice to any defenses Roth and Ferrer may wish to assert.

The Clerk of Court is directed to mail a copy of this order and the complaint to the New York City Law Department at: 100 Church Street, New York, N.Y. 10011.

An "Amended Complaint" form is attached to this order

The Clerk of Court is directed to mail an information package to Plaintiff.

Plaintiff may consent to receive court documents by email by completing the attached form, Consent to Electronic Service.[1]

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:     **November 19, 2024**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

_____                    ____ Civ. _____ ( ____ )

*(In the space above enter the full name(s) of the plaintiff(s).)*

                                                             **AMENDED**
                                                             **COMPLAINT**
          -against-

_____                    Jury Trial:   □ Yes     □ No
_____                                      (check one)
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you*
*cannot fit the names of all of the defendants in the space provided,*
*please write "see attached" in the space above and attach an*
*additional sheet of paper with the full list of names. The names*
*listed in the above caption must be identical to those contained in*
*Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your
       identification number and the name and address of your current place of confinement. Do the same
       for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name _____
              Street Address _____
              County, City _____
              State & Zip Code _____
              Telephone Number _____

B.     List all defendants. You should state the full name of the defendant, even if that defendant is a
       government agency, an organization, a corporation, or an individual. Include the address where
       each defendant may be served. Make sure that the defendant(s) listed below are identical to those
       contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                    1

Defendant  No. 1     Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____


Defendant  No. 2     Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____


Defendant  No. 3     Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____


Defendant  No. 4     Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____


## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Questions                    ☐ Diversity of Citizenship


B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right

is at issue? _____

_____

_____


C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____


*Rev. 12/2009*                              2

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts: _____

_____

| What happened to you? |

_____

_____

_____

_____

| Who did what? |

_____

_____

_____

_____

_____

| Was anyone else involved? |

_____

_____

_____

| Who else saw what happened? |

_____

_____

_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.  _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

<div style="margin-left:2em">

Signature of Plaintiff    _____

Mailing Address    _____

_____

_____

Telephone Number    _____

Fax Number *(if you have one)*    _____

</div>

<u>Note</u>:    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

<div style="margin-left:2em">

Signature of Plaintiff:    _____

Inmate Number    _____

</div>

*Rev. 12/2009*                                          4

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address                City              State              Zip Code

_____
Telephone Number              E-mail Address

_____
Date              Signature

    **Click Here to Save**