USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAFEEZ SHAHEED,

                     Plaintiff,

-against-

NYPD; SEQ ROCH; JOHN DOE; JOHN DOE,

                     Defendants.

24-CV-7079 (VEC)

ORDER OF REFERENCE TO A
MAGISTRATE JUDGE

      The above entitled action is referred to Magistrate Judge Stein for the following purpose(s):

**✓** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

**✓** Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion:
_____

   All such motions: _____

**SO ORDERED.**

Date:  **November 19, 2024**
       **New York, NY**

                              **VALERIE CAPRONI**
                             **United States District Judge**