UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- X
:
HAFEEZ SAHEED,                                        :       24 Civ. 7079 (VEC) (GS)
:
Plaintiff,              :       ORDER
:
- against -                        :
:
SERGEANT HOWARD ROTH, POLICE                          :
OFFICER ANTHONY FERRER, JOHN DOE,                     :
and THE CITY OF NEW YORK,                             :
:
Defendants.             :
:
---------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

      Plaintiff, who is proceeding *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights during an incident allegedly occurring at 215th Street and White Plains Road in the Bronx on an unspecified date. (Dkt. No. 1). On November 19, 2024, the Honorable Valerie Caproni issued a Valentin Order directing the Office of the Corporation Counsel for the City of New York to ascertain the identity of the third John Doe police officer whom Plaintiff seeks to sue here and provide this information to Plaintiff along with a badge number and service address for this individual and Defendants Roth and Ferrer. (Dkt. No. 6 at 3). Judge Caproni advised Plaintiff in the Valentin Order that, within 30 days of receiving this information, he "**must file an amended complaint naming the newly identified individual as a defendant**" and noting that the "**amended complaint will replace, not supplement, the original complaint.**" (*Id.* (emphasis added)).

      On January 21, 2025, Corporation Counsel filed a letter identifying the John Doe officer as Police Officer Argenis Paulino, upon information and belief, and providing the other requested information. (Dkt. No. 9). Corporation Counsel simultaneously mailed a copy of the

letter to Plaintiff at his address on record, according to counsel's representations therein. (*Id.* at 3). Plaintiff's amended complaint was therefore due on February 24, 2025 (allowing for time for mailing pursuant to Fed. R. Civ. P. 6(d)). To date, however, the Court has not received the amended complaint or any further submissions from Plaintiff.

The Court *sua sponte* extends **the deadline for Plaintiff to file his amended complaint to <u>Friday, April 4, 2025</u>**. The Court reiterates that Plaintiff must submit an amended complaint using the information provided in Corporation Counsel's January 21, 2025 letter, a copy of which will be mailed to Plaintiff with this Order, as well as an amended complaint form. **Plaintiff is advised that failure to file an amended complaint by this deadline could lead to dismissal of this action for failure to prosecute.**

To the extent practicable, Plaintiff may submit his amended complaint and future filings in this action by e-mailing these documents in PDF format to ProSe@nysd.uscourts.gov. Plaintiff may otherwise submit the documents he wishes to file by mailing them to the Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007; delivering them to the Pro Se Intake Office in-person during regular business hours; or leaving them in the depository box located in the lobby of the courthouse outside of regular business hours.

* * *

The Clerk of Court is respectfully directed to mail a copy of this Order and the following documents to Plaintiff at his address on record: Docket No. 6 at ECF-pages 5-8 (amended complaint form) and Docket No. 9.

**SO ORDERED.**

Dated: New York, New York
March 5, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

2