UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAFEEZ SHAHEED,<br><br>        Plaintiff,<br><br>  -against-<br><br>SERGEANT HOWARD ROTH, POLICE OFFICER ANTHONY FERRER, POLICE OFFICER ARGENIS PAULINO, and THE CITY OF NEW YORK,<br><br>        Defendants. | 24 Civ. 7079 (VEC) (GS)<br><br>ORDER |

**GARY STEIN, United States Magistrate Judge:**

  Plaintiff Hafeez Shaheed ("Plaintiff"), proceeding *pro se*, commenced this action on September 17, 2024 against the New York City Police Department ("NYPD"), a "Seg. Roch," and two John Doe police officers. (Dkt. No. 1). The Court issued a *Valentin* Order on November 19, 2024 that, among other things, dismissed Plaintiff's claims against the NYPD; directed the Clerk to add the City of New York ("City") as a defendant; further directed the Clerk to replace "Seg. Roch" and one of the unidentified John Doe defendants with Sergeant Howard Roth and Police Officer Anthony Ferrer; and directed the New York City Law Department to identify the other unidentified John Doe defendant and provide the badge numbers and service addresses for that individual, Sergeant Roth, and Officer Ferrer. (Dkt. No. 6).

  On January 21, 2025, the Law Department responded to the *Valentin* Order, providing service information for Howard Roth (now identified as a Lieutenant) and

Officer Ferrer and identifying the remaining John Doe defendant as Officer Argenis Paulino. (Dkt. No. 9). On March 5, 2025, the Court *sua sponte* extended to April 4, 2025 the deadline for Plaintiff to file an amended complaint in light of the additional information provided by the Law Department. (Dkt. No. 10).

On March 25, 2025, Plaintiff submitted a letter providing additional information that he believed might enable identification of the officers involved in the incident in question and requesting an extension of time to amend his complaint. (Dkt. No. 13). The Court directed the Law Department to consider the materials referenced in Plaintiff's letter and inform the Court by April 14, 2025 as to what effect, if any, they had on its identification of the John Doe defendants. (Dkt. No. 12). The Court did not rule on Plaintiff's request for an extension of time to amend his complaint. In compliance with the Court's March 5 Order (Dkt. No. 10), Plaintiff filed his Amended Complaint on April 4, 2025, naming as defendants Lieutenant Roth, Officer Ferrer, Officer Paulino, and the City. (Dkt. No. 15).

The Law Department subsequently filed a letter on April 14, 2025, pursuant to the Court's March 31 Order, explaining, *inter alia*, that, based on its investigation, the Law Department has been unable to identify any other officers involved in the incident and adheres to its prior determination that Officers Ferrer and Paulino were the John Doe defendants in question. (Dkt. No. 16). The Law Department's April 14 letter further states that, based on its conversations with Plaintiff, it believes Plaintiff "concedes that [Defendant] Howard Roth did not have

2

any personal involvement in the alleged incident" and that Plaintiff "does not intend to sue him in this action." (*Id.*).

In light of the foregoing, the Court directs Plaintiff to submit a letter informing the Court: (1) whether Plaintiff does, in fact, wish to dismiss Defendant Roth as a defendant in this action; and (2) whether there are any defendants Plaintiff wishes to add, or any other amendments Plaintiff wishes to make, to his Amended Complaint at this time. Plaintiff is directed to submit this letter by **no later than Tuesday, May 26, 2025**.

**SO ORDERED.**

Dated:   May 16, 2025
         New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge