UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HAFEEZ SAHEED,

                        Plaintiff,                    24 Civ. No. 7079 (VEC) (GS)

      -against-                                 **ORDER**

NYPD, *et al.*,

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        The Court's May 16, 2025 Order (Dkt. No. 17) directed Plaintiff to submit a letter by no later than May 26, 2025 informing the Court as to (1) whether he intends to dismiss Defendant Roth as a defendant in this action and (2) whether he wishes to make any further amendments to his complaint. The Court has not, as of yet, received any such letter. Plaintiff is hereby directed to submit the ordered letter by no later than **June 20, 2025.**

        **SO ORDERED.**

DATED:    New York, New York
                 June 13, 2025

                                                                       _____
                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge