

**MEMO ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **SHREYA KRISHNAMURTHY**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2671<br>Fax: (212) 356-3540<br>Email: shrekris@law.nyc.gov |

November 14, 2025

*Application granted. The Initial Case Management Conference originally scheduled for November 20, 2025 at 10:00 a.m. (see Dkt. No. 24) is hereby adjourned to December 10, 2025 at 2:00 p.m.  Microsoft Teams access information remains the same. (See id.).  In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference.  SO ORDERED.*

**BY ECF**
Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Date:   November 18, 2025*

*/s/ Gary Stein*
Gary Stein
United States Magistrate Judge
Southern District of New York

Re: <u>Hafeez Saheed v. New York City Police Department, et. al.</u>,
    24 Civ. 07079 (VEC) (GS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Anthony Ferrer, Argenis Paulino, and Howard Roth ("defendants") in the above-referenced matter. Defendants respectfully write to request: (1) an adjournment of the Initial Case Management Conference presently scheduled for November 20, 2025 at 10:00 a.m. to a date and time convenient for the Court after December 1, 2025, and (2) a corresponding adjournment of the deadline for the parties to submit a joint proposed Case Management Plan and Scheduling Order. This is the first request of its kind. The undersigned sincerely apologizes for not filing this letter 48 hours prior to the date by which the proposed Case Management Plan and Scheduling Order was due, as it was inadvertent error. Plaintiff *pro se* Hafeez Saheed does not consent to this request.

By way of relevant background, plaintiff, who is proceeding *pro se*, brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, that defendants violated his constitutional rights during an incident that allegedly occurred at 215th Street and White Plains Road in the Bronx on May 3, 2023. Plaintiff names the City of New York, Anthony Ferrer, Argenis Paulino, and Howard Roth as defendants in his Amended Complaint. <u>See</u> ECF No. 15. On September 29, 2025, defendants answered the Amended Complaint. <u>See</u> ECF No. 23.

As the Court is aware, on October 17, 2025, Your Honor scheduled an Initial Case Management Conference to be held in this matter on November 20, 2025 at 10:00 a.m., and ordered, *inter alia*, the parties to file a joint proposed Case Management Plan and Scheduling Order in accordance with Your Honor's Individual Practices in Civil Cases. See ECF No. 24.

The reason for the instant request is that the undersigned has a personal emergency that requires me to be out of the office from November 17, 2025 to November 28, 2025. In accordance with Your Honor's Individual Practices in Civil Cases, the undersigned is available to appear for the conference on any date convenient for the Court after December 1, 2025.[1]

Accordingly, the defendants respectfully request: (1) an adjournment of the Initial Case Management Conference presently scheduled for November 20, 2025 at 10:00 a.m., and (2) a corresponding adjournment of the deadline for the parties to submit a joint proposed Case Management Plan and Scheduling Order.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Shreya Krishnamurthy*

Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA FIRST-CLASS MAIL**
Hafeez Saheed
*Plaintiff pro se*
973 East 221th Street
Bronx, NY 10469

---

[1] The undersigned respectfully notes that I am scheduled to appear at a conference in another matter on December 10, 2025 at 12 p.m.