**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

HAFEEZ SAHEED,

Plaintiff,

-against-

NYPD, *et al.*,

Defendants.

-----------------------------------------------------------------X

**24 Civ. No. 7079 (VEC) (GS)**

**STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Status Conference on **Friday, October 02, 2026 at 11:00 a.m.** The parties are directed to appear for the conference at 500 Pearl Street, Courtroom 9A, New York, NY 10007.

**SO ORDERED.**

DATED: New York, New York
August 25, 2026

The Honorable Gary Stein
United States Magistrate Judge